# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **CAROLYN BLANTON** | ) | **Case Number: 1:10-cv-118** |
|  | ) |  |
| **Plaintiff** | ) |  |
|  | ) |  |
| **vs.** | ) |  |
|  | ) |  |
| **I.C. SYSTEMS, INC.** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |

## <u>NOTICE OF DISMISSAL</u>

PLEASE TAKE NOTICE that plaintiff, Carolyn Blanton,  pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY:  /s/  Brent F. Vullings
        Brent F. Vullings, Esquire
        Attorney for Plaintiff
        Attorney I.D. #92344
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800